**Order filed December 3, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00646-CV
_____

**PATRICE BARNES, Appellant**

**V.**

**THE TEXAS A&M UNIVERSITY SYSTEM AND PRAIRE VIEW A&M UNIVERSITY, Appellee s**

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 11-10-21109**

# O R D E R

The notice of appeal in this case was filed July 24, 2013.. The clerk's record was filed August 30, 2013, and a supplemental clerk's record was filed October 17, 2013. Appellant's brief was filed October 21, 2013. To date, our records show that the filing fee of $175.00 has not been paid, yet appellant has paid other fees. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On October 22, 2013, this court ordered appellant to pay the filing fee on

or before November 4, 2013. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 17, 2013.** *See* Tex. R. App. P. 5. If appellant has paid the fee, appellant is ordered to provide this court with evidence of payment so that our records may be corrected. **If appellant fails to pay the filing fee in accordance with this order, or provide proof of payment, the appeal will be dismissed.** *See* **Tex. R. App. P. 42.3(c).**

PER CURIAM